TROUTMAN PEPPER LOCKE LLP
Elizabeth Holt Andrews (SBN 263206)
elizabeth.andrews@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, California 94111-4057
Telephone: 415.477.5700
Facsimile: 415.477.5710

Andrick J. Zeen (SBN 335646)
andrick.zeen@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3427
Telephone: 213.928.9800
Facsimile: 213.928.9850

*Attorneys for Plaintiffs*
GWR Holdings LLC, American Pan Company, and CMBB LLC

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION AT LOS ANGELES**

GWR HOLDINGS LLC; AMERICAN PAN COMPANY; and CMBB LLC,

Plaintiffs,

vs.

TWENTY FOUR 7 GLOBAL SOLUTIONS INC. and DOES 1–10,

Defendants.

Case No. 2:25-cv-7455

**COMPLAINT**

1. Infringement of the ’766 Patent

**JURY TRIAL REQUESTED**

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

Plaintiffs GWR Holdings LLC ("GWR"), American Pan Company ("APC"), and CMBB LLC ("CMBB") (collectively, "Plaintiffs"), by and through their undersigned counsel, for their Complaint herein against Defendant Twenty Four 7 Global Solutions Inc. ("24/7"), allege as follows:

## I. NATURE OF THE ACTION

1. This is an action for infringement of United States Patent No. 9,332,766 under the Patent Act, 35 U.S.C. § 271, based on 24/7's unauthorized manufacture, use, sale, and/or offer for sale, and/or sale in the United States, and/or importation into the United States of black metallic bread forms ("Accused Products").

## II. THE PARTIES

2. GWR is a limited liability company organized and existing under the laws of the State of Ohio, having a place of business at 417 E. Water Street, Urbana, OH 43078.

3. APC is an Ohio corporation having a place of business at 417 E. Water Street, Urbana, OH 43078.

4. CMBB LLC is a limited liability company organized and existing under the laws of the State of Ohio, having a place of business at 417 E. Water Street, Urbana, OH 43078.

5. Upon information and belief, 24/7 is a California corporation with its principal place of business at 1460 Beachey Place, Carson, CA 90746.

## III. JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1338(a), in that this matter arises under an Act of Congress relating to patents.

7. This Court has personal jurisdiction over 24/7 because 24/7 has a principal place of business located within this District, has committed the acts complained of herein in this District, and/or transacts business within this District.

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

8. Venue is proper in this district pursuant to 28 U.S.C. § 1400(b), in that 24/7 resides in this District, and/or has committed acts of infringement and has a regular and established place of business in this District.

## IV. THE INFRINGED PATENT

9. On May 10, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,332,766 ("the '766 Patent"), titled "Industrial Baguette Tray." A true and correct copy of U.S. Patent No. 9,332,766 is attached as **Exhibit A**.

10. GWR is the owner of all rights, title, and interest in the '766 patent, including the right to recover for all infringements thereof.

11. The '766 Patent claims, among other things a baking tray that includes a frame having a plurality of apertures formed therein; and a plurality of baking subunits, wherein each baking subunit further includes a concave baking surface of a predetermined size, wherein the end portions of each concave baking surface are solid and closed and wherein the middle portion of each concave baking surface further includes a plurality of perforations formed therein, and wherein each baking subunit is adapted to be disposed within one of the apertures formed in the frame.

12. GWR has granted to APC, both impliedly and expressly, an exclusive, non-transferable, royalty free license to manufacture products covered by the '766 Patent and sell said products solely to CMBB.

13. In turn, GWR has granted to CMBB, both impliedly and expressly, an exclusive, non-transferable, royalty free license to sell products covered by the '766 Patent.

## V. ACTIONS GIVING RISE TO INFRINGEMENT

14. Upon information and belief, Subway IP LLC ("Subway") approves supplies and tools for franchisees to use in their normal course of business.

15. One such tool was GWR's bread form disclosed in the '766 Patent. Subway has endorsed GWR's bread forms for purchase by its franchisees since as early as 2014.

16. The most current version of GWR's bread form, which Subway approved in 2022, is still sold for use by franchisees and is stamped with "US PAT D701418" and PATENT PENDING to denote the application underlying the '766 Patent.

17. Upon information and belief, Subway franchisees purchase materials, including bread forms, on QuickSupply.com, a website operated and managed by Clark Associates, Inc. ("Clark").

18. Upon information and belief, 24/7 purchases and imports the Accused Products from China for sale on QuickSupply.com.

19. Upon information and belief, until Clark introduced the Accused Products for sale on QuickSupply.com, Plaintiffs' bread form was the only metal bread form available for purchase by Subway franchisees.

20. Upon information and belief, until Clark introduced the Accused Products for sale on QuickSupply.com, Plaintiffs' bread form was purchased by approximately 40% of all Subway franchisees, with the remaining 60% purchasing silicon bread forms.

21. Upon information and belief, Subway has mandated the phase out of all non-metal bread forms currently in use by its franchisees, limiting franchisees' options to either APC's bread form or the Accused Product.

22. On March 26, 2025, Plaintiffs issued a "Notice of Patent" to 24/7, notifying 24/7 that Plaintiffs believed the Accused Product to be infringing. *See* **Exhibit B**.

23. 24/7 responded on April 16, 2025, via email correspondence denying all liability.

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

**COUNT I – INFRINGEMENT OF THE ’766 Patent**

**35 U.S.C. § 271(a)**

24. Plaintiffs re-allege and incorporate every allegation in the paragraphs above as if they were fully set forth above.

25. As the owner and licensee to the ’766 Patent, Plaintiffs have the legal right to enforce the patent, sue for infringement, and seek equitable relief and damages.

26. The ’766 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

27. 24/7 knew of the ’766 Patent since at least as early as March 26, 2025, if not earlier.

28. 24/7 has been and is infringing the ’766 Patent by making, using, selling, or offering for sale in the United States, or importing into the United States, including within this judicial district, the Accused Products in violation of 35 U.S.C. § 271(a). *See* **Exhibit C (claim chart).**

29. 24/7’s infringement has been, and continues to be knowing, intentional, and willful.

30. 24/7’s acts of infringement of the ’766 Patent have caused and will continue to cause APC and CMBB damages for which APC and CMBB are entitled to compensation pursuant to 35 U.S.C. § 284.

31. 24/7’s acts of infringement of the ’766 Patent have caused and will continue to cause Plaintiffs immediate and irreparable harm unless such infringing activities are enjoined by this Court pursuant to 35 U.S.C. § 283. Plaintiffs have no adequate remedy at law.

32. This case is exceptional and, therefore, Plaintiffs are entitled to an award of attorney fees pursuant to 35 U.S.C. § 285.

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for an order and judgment in their favor and against 24/7 as follows:

A. Permanently enjoining 24/7, and its parents, subsidiaries, brands, affiliates, officers, directors, agents, employees, successors, and assigns, and any and all persons in active concert or participation with any of them, from using, making, causing to be made, selling, offering to sell, causing to be sold, and/or importing or causing to be imported into the United States, any product, including, but not limited to, the Accused Product, that cause or would cause 24/7 to directly and/or indirectly infringe any claim of the '766 Patent;

B. Ordering 24/7 to pay APC and CMBB the damages that APC and CMBB have incurred as a result of the acts complained of herein, including, but not limited to, an award to APC and CMBB for their lost profits, but in no event less than a reasonable royalty, and including interest and costs, pursuant to 35 U.S.C. § 284;

C. A finding that 24/7's actions and infringement have been willful, and that any damages award be trebled, pursuant to 35 U.S.C. § 284;

D. A finding that 24/7's actions deem this case exceptional, and an order that 24/7 to pay Plaintiffs their costs and expenses of this action, and their attorney fees, pursuant to 35 U.S.C. § 285, as a result of the acts complained of herein; and

E. All other just and proper relief.

## JURY DEMAND

Plaintiffs demand a trial by jury on all issues so triable.

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

DATED:

Respectfully submitted,

TROUTMAN PEPPER LOCKE LLP

By: */s/ Elizabeth Holt Andrews*
Elizabeth Holt Andrews
Andrick J. Zeen

*Attorneys for Plaintiffs*
GWR Holdings LLC, American Pan Company, and CMBB LLC

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057